FILED
August 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. MAG. 07-0261 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| IFTIKHAR AHMAD, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IFTIKHAR AHMAD</u>, Case No. <u>MAG. 07-0261 DAD</u>, Charge <u>Title 18 USC §§ 2; 1028; 1341; 1957</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    <u>X</u> Bail Posted in the Sum of $ <u>1,000,000.00 (secured by real property)</u>

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>with pretrial services supervision and conditions of release.</u>

Issued at <u>Sacramento, CA</u> on <u>August 21, 2007</u> at <u>4:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge