1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  IFTIKHAR AHMAD

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )     Criminal No. CR-07-0386 WBS
                                       )
12              Plaintiff,             )     **STIPULATION AND**
                                       )     **[~~PROPOSED~~] ORDER TO**
13                                     )     **CONTINUE MARCH 3, 2008**
        v.                             )     **STATUS CONFERENCE AND**
14                                     )     **EXCLUDE TIME**
    IFTIKHAR AHMAD, et al.,            )
15                                     )
                                       )
16                                     )
                Defendants.            )
17  _____)

18
        IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
    Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR
20
    AHMAD, Krista Hart, counsel for MANPREET SINGH, and Linda Harter, counsel for JOSE
21
    SERRANO  that the status conference now scheduled for March 3, 2008 at 8:30 a.m.., is
22
    extended until March 31, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the
23
    Court.
24
        The Assistant United States Attorney has recently provided the defense with
25
    additional discovery that must be reviewed by counsel.  This continuance is sought by the
26
    defense in order to permit counsel preparation and exchange of litigation views, and further
27
    consultation with the defendants.
28
    //

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from March 3, 2008 through March 31, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated: _____2/27 /2008_____       _____/s/_____
                                      COURTNEY LINN
                                      Counsel for Plaintiff


Dated:_____2/27 /2008_____       _____/s/_____
                                      JOHN M. RUNFOLA
                                      Attorney for IFTIKHAR AHMAD


Dated: _____2/27/2008_____       _____/s/_____
                                      KRISTA HART
                                      Counsel for MANPREET SINGH

Dated: _____2/27/2008_____       _____/s/_____
                                      LINDA HARTER
                                      Counsel for JOSE SERRANO

**ORDER**

**IT IS SO ORDERED**

Dated: February 29, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                 - 2 -