```
 1  JOHN M. RUNFOLA SBN 96058
    Attorney at Law
 2  Pier 9, Suite 100
    San Francisco, California 94101
 3  Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
 4
    Attorney for Defendant
 5  IFTIKHAR AHMAD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-07-0386 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE MARCH 31,** |
| v. ) | **2008 STATUS CONFERENCE** |
| ) | **AND EXCLUDE TIME** |
| IFTIKHAR AHMAD, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the status conference now scheduled for March 31, 2008 at 8:30 a.m.., is extended until April 28, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

The Assistant United States Attorney has recently provided the defense with additional discovery that must be reviewed by counsel. This continuance is sought by the defense in order to permit counsel preparation and exchange of litigation views, and further consultation with the defendant.

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from March 31, 2008 through April 28, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:   3/27 /2008    _____/s/_____
COURTNEY LINN
Counsel for Plaintiff

Dated:   3/27 /2008    _____/s/_____
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

**ORDER**

**IT IS SO ORDERED**

Dated: March 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE