JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.CR-07-0386 WBS |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRESENTENCE REPORT DISCLOSURE SCHEDULE** |
| v. ) | |
| IFTIKHAR AHMAD, ) | |
| Defendants. ) | |
| _____ ) | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE to the following PSR disclosure schedule: The Proposed PSR report shall be disclosed to counsel no later than October 14, 2008; Objections by October 27, 2008 ; Final report to the Court November 3, 2008; Defendant's Sentencing memorandum due by November 10, 2008

.

**IT IS SO STIPULATED.**

Dated: _____9/ 11/2008_____          _____/s/_____
                                                                COURTNEY LINN
                                                                Counsel for Plaintiff

- 1 -

Dated: 9/11/2008 　　　　　　　/s/
　　　　　　　　　　　　　　　JOHN M. RUNFOLA
　　　　　　　　　　　　　　　Attorney for IFTIKHAR AHMAD

**ORDER**

**IT IS SO ORDERED**

Dated: September 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE