| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| | Attorney at Law |
| 2 | Pier 9, Suite 100 |
| | San Francisco, California 94101 |
| 3 | Telephone: (415) 391-4243 |
| | Facsimile: (415) 391-5161 |
| 4 | |
| | Attorney for Defendant |
| 5 | IFTIKHAR AHMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-07-0386 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE SEPTEMBER 22,** |
| | ) | **2008 JUDGMENT AND** |
| IFTIKHAR AHMAD, | ) | **SENTENCING DATE AND** |
| | ) | **EXCLUDE TIME** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for September 22, 2008 at 8:30 a.m., is extended until November 17, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

Due to defense counsel's trial and court schedule the months of July and August 2008 a presentence probation interview has not been conducted and will not be held until the end of September or first week of October 2008. Counsel for the defense is currently on a previously scheduled summer vacation out of the country and will not be returning until September 22, 2008. This continuance is sought by the defense in order to allow adequate timing for the preparation and disclosure of the proposed presentence report.

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from September 22, 2008 through November 17, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:  9/11 /2008   _____/s/_____
COURTNEY LINN
Counsel for Plaintiff

Dated: 9/11 /2008  _____/s/ _____
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

**ORDER**

**IT IS SO ORDERED**

Dated: September 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2 -