| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| 2 | Attorney at Law<br>Pier 9, Suite 100 |
| 3 | San Francisco, California 94101<br>Telephone: (415) 391-4243 |
| 4 | Facsimile: (415) 391-5161 |
| 5 | Attorney for Defendant<br>IFTIKHAR AHMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-07-0386 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER DENYING REQUEST TO CONTINUE NOVEMBER 17, 2008 JUDGMENT AND SENTENCING DATE, EXCLUDE TIME AND TO MODIFY PRESENTENCE REPORT DISCLOSURE SCHEDULE** |
| v. | ) | |
| IFTIKHAR AHMAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for November 17, 2008 at 8:30 a.m., is extended until February 23, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

Due to defense counsel's trial and court schedule the months of July and August 2008 a presentence probation interview was not conducted until October 6, 2008. This continuance is sought by the defense in order to allow adequate timing for the preparation and disclosure of the proposed presentence report.

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Proposed PSR report was disclosed on October 14, 2008; Objections are due by February 2, 2009; Final report to the Court February 9, 2009; Defendant's Sentencing memorandum due by February 16, 2009.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from November 17, 2008 through February 23, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:  10/21 /2008   _____/s/_____
COURTNEY LINN
Counsel for Plaintiff


Dated: 10/20 /2008   _____/s/_____
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD


## **ORDER**

The request for a continuance to February 23, 2008 is **DENIED**, without prejudice. The court will consider postponing the judgment and sentencing date, but no justification is set forth explaining why a delay of three months is necessary. Please submit another stipulation continuing the date for judgment and sentence no more than

- 2 -

one month, or in the alternative submit a new request with declaration setting forth the reasons why such a lengthy continuance is necessary.

Dated: October 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE