JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>IFTIKHAR AHMAD,<br><br>       Defendant | Criminal No. CR-07-0386 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 17, 2008 JUDGMENT AND SENTENCING DATE, EXCLUDE TIME AND TO MODIFY PRESENTENCE REPORT DISCLOSURE SCHEDULE** |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for November 17, 2008 at 8:30 a.m., is extended until February 9, 2009 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

    Due to defense counsel's trial and court schedule the months of July and August 2008 a presentence probation interview was not conducted until October 6, 2008. This continuance is sought by the defense in order to allow adequate timing for the preparation and disclosure of the proposed presentence report.

A continuance is also sought because the Assistant United States Attorney in this case, Mr. Courtney Linn, is evaluating whether to call Mr. Ahmad as a witness in the trial of Joel Blanford, another defendant currently pending before the Court. Blandford's next status conference is not until December, and thus the government agrees that it is appropriate to continue this sentencing until next February.

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Proposed PSR report was disclosed on October 14, 2008; Objections are due by January 19, 2009; Final report to the Court January 26, 2009; Defendant's Sentencing memorandum due by February 2, 2009.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from November 17, 2008 through February 9, 2009, pursuant to 18 U.S.C. 13161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED**.

Dated: 10/31 /2008         /s/
                           COURTNEY LINN
                           Counsel for Plaintiff


Dated: 10/30 /2008         /s/
                           JOHN M. RUNFOLA
                           Attorney for IFTIKHAR AHMAD


**IT IS SO ORDERED**

Dated: November 6, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE