JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-07-0386 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER TO** |
| v. ) | **CONTINUE FEBRUARY 9, 2009** |
| ) | **JUDGMENT AND** |
| IFTIKHAR AHMAD, ) | **SENTENCING DATE,** |
| ) | **EXCLUDE TIME AND TO** |
| ) | **MODIFY PRESENTENCE** |
| ) | **REPORT DISCLOSURE** |
| Defendant. ) | **SCHEDULE** |
| _____ ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for February 9, 2009 at 8:30 a.m., is extended until March 9, 2009 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to allow adequate timing for the preparation and disclosure of the proposed presentence report.

A continuance is also sought because the Assistant United States Attorney in this case, Mr. Kyle Reardon, is evaluating whether to call Mr. Ahmad as a witness in the trial of Joel Blanford, another defendant currently pending before the Court. Blandfor's nest status

conference is not until mid February, and thus the government agrees that it is appropriate to continue this sentencing until March 9, 2009.

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Proposed PSR report will be disclosed on February 2, 2009; Informal Objections are due by February 17, 2009; Final report to the Court February 23, 2009; Defendant's Sentencing memorandum due by March 2, 2009.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from February 9, 2009 through March 9, 2009, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:    01/ /2009          /s/      
                                     KYLE REARDON
                                     Counsel for Plaintiff

Dated:    01/26/2009          /s/      
                                     JOHN M. RUNFOLA
                                     Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated: February 6, 2009

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                       - 2 -