| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| | Attorney at Law |
| 2 | Pier 9, Suite 100 |
| | San Francisco, California 94101 |
| 3 | Telephone: (415) 391-4243 |
| | Facsimile: (415) 391-5161 |
| 4 | |
| | Attorney for Defendant |
| 5 | IFTIKHAR AHMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-07-0386 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE MARCH 9, 2009** |
| | ) | **JUDGMENT AND** |
| IFTIKHAR AHMAD, | ) | **SENTENCING DATE,** |
| | ) | **EXCLUDE TIME AND TO** |
| | ) | **MODIFY PRESENTENCE** |
| | ) | **REPORT DISCLOSURE** |
| Defendant. | ) | **SCHEDULE** |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kyle Reardon, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for March 9, 2009 at 8:30 a.m., is extended until April 27, 2009 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to allow adequate timing for the preparation and disclosure of the informal objections to the proposed presentence report along with the final report.

A continuance is also sought because the Assistant United States Attorney in this case, Mr. Kyle Reardon, is evaluating whether to call Mr. Ahmad as a witness in the trial of Joel

Blanford, another defendant currently pending before the Court. Blandfor's next status conference is not until mid February, and thus the government agrees that it is appropriate to continue this sentencing until April 27, 2009.

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Proposed PSR report was disclosed on February 2, 2009; Informal Objections are due by April 6, 2009; Final report to the Court April 13, 2009; Defendant's Sentencing memorandum due by April 20, 2009.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from March 9, 2009 through April 27, 2009, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated: 02/ 21 /2009 _____/s/_____
KYLE REARDON
Counsel for Plaintiff

Dated: 02/ 21/2009 _____/s/_____
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated: March 2, 2009
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2 -