```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR. S-07-386 WBS
                                 )
12           Plaintiff,          )
                                 ) STIPULATION AND [PROPOSED]
13       v.                      ) ORDER CONTINUING SENTENCING
                                 )
14  IFTIKHAR AHMAD,              ) Time: 8:30 a.m.
                                 ) Date: Monday, April 27, 2009
15           Defendant.          ) Court: Hon. William B. Shubb
                                 )
16  _____ )
17
18       The parties request that the judgment and sentencing
19  currently set for Monday, April 27, 2009, at 8:30 a.m., be
20  continued to Monday, June 29, 2009, at 8:30 a.m., and stipulate
21  that the time beginning April 27, 2009, and extending through
22  June 29, 2009, should be excluded from the calculation of time
23  under the Speedy Trial Act.  18 U.S.C. § 3161.
24       Defense counsel has informed the government that additional
25  time is needed to prepare objections to the presentence
26  memorandum.  The defendant has pleaded guilty in this case and is
27  awaiting sentencing.  The defendant is expected to be a witness
28  in the government's case in United States v. Blanford.  That
```

1

trial is currently set to begin on July 21, 2009.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The proposed PSR report was disclosed on February 2, 2009; informal objections are due by June 8, 2009; final report to the Court must be submitted by June 15, 2009; and defendant's sentencing memorandum is due by June 22, 2009.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 22, 2009  By: _/s/ Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney

DATED: April 22, 2009  By: _/s/ Kyle Reardon_ for
JOHN M. RUNFOLA
Attorney for the Defendant

1 **<u>ORDER</u>**

2     The sentencing in case number S-07-386 WBS, currently set
3 for Monday, April 27, 2009, at 8:30 a.m., is continued to Monday,
4 June 29, 2009, at 8:30 a.m., and the time beginning April 27,
5 2009, and extending through June 29, 2009, is excluded from the
6 calculation of time under the Speedy Trial Act in accordance with
7 18 U.S.C. § 3161 and Local Code T4.
8     IT IS SO ORDERED.

11 DATED: April 23, 2009

14 _____
    WILLIAM B. SHUBB
15     UNITED STATES DISTRICT JUDGE