| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| | Attorney at Law |
| 2 | Pier 9, Suite 100 |
| | San Francisco, California 94101 |
| 3 | Telephone: (415) 391-4243 |
| | Facsimile: (415) 391-5161 |
| 4 | |
| | Attorney for Defendant |
| 5 | IFTIKHAR AHMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-07-0386 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE SEPTEMBER 28,** |
| | ) | **2009 JUDGMENT AND** |
| IFTIKHAR AHMAD, | ) | **SENTENCING DATE,** |
| | ) | **EXCLUDE TIME AND TO** |
| | ) | **MODIFY PRESENTENCE** |
| | ) | **REPORT DISCLOSURE** |
| Defendant. | ) | **SCHEDULE** |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Laurel Rimon, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for September 28, 2009 at 8:30 a.m., is extended until November 9, 2009 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further consultation with the defendant, and as time necessary for effective preparation, within the meaning of 18 U.S.C. section 3161(h)(8)(B)(iv).

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Final report was disclosed to the Court on June 15, 2009; Defendant's Sentencing memorandum due by November 2, 2009.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from September 28, 2009 through November 9, 2009, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated: 09/ 24 /2009 /S/
LAUREL RIMON
Counsel for Plaintiff

Dated: 09/24 /2009 /s/
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated: September 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2 -