LAWRENCE G. BROWN
United States Attorney
LAUREL LOOMIS RIMON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2754

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S-07-386 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXCLUDE TIME |
| IFTIKHAR AHMAD | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the judgment and sentencing currently set for January 25, 2010 at 8:30 a.m., be continued to March 29, 2010 at 8:30, and stipulate that the time beginning January 25, 2010, and extending through March 29, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The defendant has pleaded guilty in this case and is awaiting sentencing. The defendant may be a witness in, or needed to provide assistance related to, the government's case in United States v. Blanford. That trial is currently set to begin on February 17, 2010. Additional time is needed by the parties to prepare sentencing memoranda in this matter.

1

The parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATED: January 11, 2010   By:   /s/ Laurel Rimon
LAUREL LOOMIS RIMON
Assistant U.S. Attorney

DATED: January 11, 2010   By:   /s/ Laurel Rimon
JOHN M. RUNFOLA
Attorney for the Defendant

**<u>ORDER</u>**

The Sentencing in case number S-07-386 WBS, currently set for Monday, January 25, 2010, at 8:30 a.m., is continued to Monday, March 29, 2010, at 8:30 a.m., and the time beginning January 25, 2010, and extending through March 29, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED:  January 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE