BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2754


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S-07-386 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO EXCLUDE TIME |
| IFTIKHAR AHMAD | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


    The parties request that the judgment and sentencing currently set for March 29, 2010 at 8:30 a.m., be continued to July 19, 2010 at 8:30, and stipulate that the time beginning March 29, 2010, and extending through July 19, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    The defendant has pleaded guilty in this case and is awaiting sentencing.  The defendant may be a witness in, or needed to provide assistance related to, the government's case in United States v. Blanford.  That trial is currently set to begin on June 15, 2010.  Additional time is needed by the parties to prepare sentencing memoranda in this matter.

1

The parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 24, 2010      By:  ____/s/ Laurel Rimon____
                                 LAUREL LOOMIS RIMON
                                 Assistant U.S. Attorney

DATED:  March 24, 2010      By:  ____/s/ Laurel Rimon____
                                 JOHN M. RUNFOLA
                                 Attorney for the Defendant

**<u>ORDER</u>**

The Sentencing in case number S-07-386 WBS, currently set for Monday, March 29, 2010, at 8:30 a.m., is continued to Monday, July 19, 2010, at 8:30 a.m., and the time beginning March 29, 2010, and extending through July 29, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.


DATED:  March 25, 2010


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE