JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-07-0386 WBS |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE July 19, 2010 JUDGMENT AND SENTENCING DATE, EXCLUDE TIME AND TO MODIFY PRESENTENCE REPORT DISCLOSURE SCHEDULE** |
| v. ) | |
| IFTIKHAR AHMAD, ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Laurel Rimon, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for July 19, 2010 at 8:30 a.m., is extended until October 4, 2010 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

The defendant has pleaded guilty in this case and is awaiting sentencing. The government was going to use Mr. Ahmad as a material witness, or needed him to provide assistance related to, the government's case in United States v. Blanford. That trial has been continued and the government has indicated they no longer anticipate the need to call Mr. Ahmad as a witness.

This continuance is sought by the defense in order to allow additional time for a revised PSR report to be generated by the United States Probation Department (USPD). The Final report was disclosed to the Court on November 13, 2009. The Final PSR report was disclosed over eight months ago. Factors have changed in the case and in Mr. Ahmad's life circumstances which need to be addressed by the USPD and Mr. Ahmad in his sentencing memorandum.

Counsel for the defense will be unavailable for the month of August.

This continuance is sought by the defense in order to permit further consultation with the defendant, and as time necessary for effective preparation, within the meaning of 18 U.S.C. section 3161(h)(8)(B)(iv).

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Final report was disclosed to the Court on November 13, 2009; Defendant's Sentencing memorandum is due by September 27, 2010.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from July 19, 2010 through October 4, 2010, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated: 07/ 15 /2010          /s/
                             LAUREL RIMON
                             Counsel for Plaintiff


Dated: 07/15 /2010           /s/
                             JOHN M. RUNFOLA
                             Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated: July 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 3 -