1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  IFTIKHAR AHMAD

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                                              )
    UNITED STATES OF AMERICA,                   )   Criminal No. CR-07-0386 WBS
12                                              )
              Plaintiff,                        )   **STIPULATION AND**
13                                              )   **[PROPOSED] ORDER TO**
         v.                                     )   **CONTINUE OCTOBER 4, 2010**
14                                              )   **JUDGMENT AND**
    IFTIKHAR AHMAD,                             )   **SENTENCING DATE,**
15                                              )   **EXCLUDE TIME AND TO**
                                                )   **MODIFY PRESENTENCE**
16                                              )   **REPORT DISCLOSURE**
              Defendant.                        )   **SCHEDULE**
17  _____)

18

19
         IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
20
    Laurel Rimon, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD,
21
    that the judgment and sentencing date now scheduled for October 4, 2010 at 8:30 a.m., is
22
    extended until December 6, 2010 at 8:30 a.m., or as soon thereafter as is convenient for the
23
    Court.
24
         The defendant has pleaded guilty in this case and is awaiting sentencing. The
25
    government was going to use Mr. Ahmad as a material witness, or needed him to provide
26
    assistance related to, the government's case in United States v. Blanford. The Government
27
    has confirmed they no longer anticipate the need to call Mr. Ahmad as a witness.
28
         This continuance is sought by the defense in order to allow additional time for a

revised PSR report to be generated by the United States Probation Department (USPD). The Final report was disclosed to the Court on November 13, 2009. The Final PSR report was disclosed over eight months ago. Factors have changed in the case and in Mr. Ahmad's life circumstances which need to be addressed by the USPD and Mr. Ahmad in his sentencing memorandum. Since the last continuance of the case the supplemental PSR report has not been generated.

This continuance is sought by the defense in order to permit further consultation with the defendant, and as time necessary for effective preparation, within the meaning of 18 U.S.C. section 3161(h)(8)(B)(iv).

No party objects to the requested continuance.

The undersigned parties hereby stipulate to the following PSR disclosure schedule: The Final report was disclosed to the Court on November 13, 2009; Defendant's Sentencing memorandum is due by November 29, 2010.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from October 4, 2010 through December 6, 2010, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated: 09/28/2010    _____/s/_____
                    LAUREL RIMON
                    Counsel for Plaintiff


Dated: 09/15/2010    _____/s/_____
                    JOHN M. RUNFOLA
                    Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated: September 30, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE