| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| | Attorney at Law |
| 2 | Pier 9, Suite 100 |
| | San Francisco, California 94101 |
| 3 | Telephone: (415) 391-4243 |
| | Facsimile: (415) 391-5161 |
| 4 | |
| | Attorney for Defendant |
| 5 | IFTIKHAR AHMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-07-0386 WBS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED ORDER FOR** |
| | ) | **CONTINUANCE OF** |
| v. | ) | **DECEMBER 6, 2010** |
| | ) | **SENTENCING AND** |
| IFTIKHAR AHMAD | ) | **JUDGMENT HEARING** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, IFTIKHAR AHMAD, through his attorney John M. Runfola, to ask this Court to continue his sentencing and judgment date currently scheduled for December 6, 2010 until January 31, 2011. This continuance is sought by the defense in order to allow effective preparation of counsel, to permit further consultation with the defendant, within the meaning of 18 U.S.C. section 3161(h)(8)(B)(iv), and to allow Mr. Ahmad additional time to fulfill a condition of his plea agreement. Counsel for the defense has consulted with the defendant regarding his speedy trial rights and the defendant has no objection to a continuance.

This motion is unopposed by Assistant United States Attorney Laurel Rimon, and the Eastern District of California Probation Department .

//

//

Respectfully submitted,

Dated: __11/29/10_____            _____/s/_____
                                      JOHN M. RUNFOLA
                                      Attorney for IFTIKHAR AHMAD

**IT IS SO ORDERED**

Dated:   December 2, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE