JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0386 WBS |
| Plaintiff, | **ORDER FOR CONTINUANCE OF SURRENDER DATE** |
| v. | |
| IFTIKHAR AHMAD | |
| Defendant. | |

GOOD CAUSE APPEARING it is hereby ordered that the time for Iftikhar Ahmad's surrender to the Bureau of Prisons previously scheduled for 2:00 p.m. on March 31, 2011 be continued until April 29, 2011 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: March 31, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE