JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IFTIKHAR AHMAD<br><br>    Defendant. | Criminal No. CR 07-0386 WBS<br><br>**ORDER FOR RELEASE OF PASSPORT** |

GOOD CAUSE APPEARING it is hereby ordered that the Clerk of the United States District Court release Iftikhar Ahmad's United States Passport (Passport No. 057728189), which was deposited with the Court as a condition of the defendant's pretrial release, to Mr. Paul Hemesath, Assistant United States Attorney, or his representative for the purpose of scanning said passport to prove citizenship to the United States Probation Department and Bureau of Prisons.

**IT IS SO ORDERED**

Dated: March 31, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE