DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Nhia Kao Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IFTIKHAR AHMAD,<br><br>　　　　Defendant | Case No.: CRS 07-386-01 WBS<br><br>ORDER EXONERATING BOND |

On August 17, 2007, IFTIKHAR AHMAD was ordered released on a $1,000,000.00 secured by personal property of defendant and family members.

On August 17, 2007, I & R Investment Properties, LLC ,, recorded in the County of a Sacramento a Deed of Trust against his property located at 1028 S. Sinclair Avenue, Stockton, CA 95215, APN: 159-081-15 to secure a portion of the bond in the amount of $1,000,000.00.

The above-captioned case has now been dismissed. It is hereby requested that the Bond be exonerated and that the Clerk of the District Court be directed to reconvey back to I & R Investment Properties, LLC the above Deed of Trust.

Respectfully Submitted

Dated this 19th day of March, 2014    By:   /s/ Danny D. Brace, Jr,
DANNY D. BRACE, JR.,
Attorney for Iftikhar Ahmad

Because it appears that defendant surrendered for service of the sentence, IT IS HEREBY ORDERED that the Bond be exonerated, and that the Clerk of the District Court is hereby directed to reconvey back to I & R Investment Properties, LLC the above Deed of Trust.

Dated: March 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE