DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Iftikhar Ahmad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

IFTIKHAR AHMAD,

        Defendant

)
)
)
)
)
)
)
)
)
)

Case No.: CRS 07-386-01 WBS

ORDER EXONERATING BOND

On August 17, 2007, IFTIKHAR AHMAD was ordered released on a $1,000,000.00 secured by personal property of defendant and family members.

On August 21, 2007, Mushtaq Ahmad, recorded in the County of a Sacramento a Deed of Trust against his property located at 5265 Barbados Circle, Stockton, CA 95210 to secure a portion of the bond in the amount of $1,000,000.00.

The above-captioned case has now been dismissed. It is hereby requested that the Bond be exonerated and that the Clerk of the District Court be directed to reconvey back to Mushtaq Ahman the above Deed of Trust.

Respectfully Submitted

Dated this 19th day of March, 2014    By:   /s/ Danny D. Brace, Jr.
                                   DANNY D. BRACE, JR.,
                                   Attorney for Iftikhar Ahmad

IT IS SO ORDERED:

Dated:  April 10, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE